IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE R. PALOMAR II,

    Plaintiff,                     No. 2:10-cv-3477 JAM CKD P

    vs.

BRADLEY D. HARTUNG, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, who seeks relief pursuant to 42 U.S.C. § 1983. On November 6, 2012, plaintiff was granted an additional 30 days to file and serve a second amended complaint. (Dkt. No. 22.) On November 19, 2012, plaintiff filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to "change the vehicle" of his litigation to a petition for writ of habeas corpus.[1] (Dkt. No. 23, 24.) The court construes this as a motion to dismiss the instant civil rights action and re-file the petition in a new action brought pursuant to § 2254. <u>See</u> Fed. R. Civ. P. 41(a).

\\\\\

---

[1] <u>See</u> April 12, 2012 screening order, stating that: "If plaintiff wishes to challenge the Board's denial of parole by arguing that the basic requirements of due process under <u>Swarthout</u> were not met, the proper vehicle for such a challenge is a petition for writ of habeas corpus." (Dkt. No. 11 at 5.)

1

In accordance with the above, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to change the case to a petition for writ of habeas corpus (Dkt. No. 23) is granted;

2. This action is dismissed.

3. The Clerk of Court shall docket the petition for writ of habeas corpus (filed in this action as Dkt. No. 24) in a new action pursuant to 28 U.S.C. § 2254.

Dated: November 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
palo3477.close